**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Kevin Lee Shelton aka Kevin L Shelton aka Kevin Shelton |
| Debtor 2 (Spouse, if filing) | Constance Louise Shelton aka Constance L Shelton aka Constance Shelton |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 12-36055 |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13ATT

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 2 1 5 4

**Property address:** 2109 Mystic Drive
Number    Street

Plainfield IL 60586
City       State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 11 / 01 / 2017
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

   a. Total postpetition ongoing payments due:    (a) $ _____

   b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

   c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/___
MM / DD / YYYY

| Debtor 1 | Kevin Lee Shelton aka Kevin L Shelton | Case number (*if known*) 12-36055 |
|---|---|---|
| | First Name   Middle Name   Last Name | |
| | aka Kevin Shelton | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Roderic Fleming                        Date  11 / 09 / 2017
Signature

Print    Roderic Fleming                     Title  Attorney
         First Name   Middle Name   Last Name

Company  Marinosci Law Group

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  134 N LaSalle St., Ste 1900
         Number    Street

         Chicago IL 60602
         City                State    ZIP Code

Contact phone  ( 312 ) 940 – 8580          Email  rfleming@mlg-defaultlaw.com

# UNITED STATES BANKRUPTCY COURT

**Certificate of Service**

I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: 11/08/2017

Chapter 13 Trustee: Glenn B Stearns

Trustee Address:

Trustee Email: mcguckin_m@lisle13.com

Debtor's Counsel Name: Orlando Velazquez

Debtor's Counsel Address:

Debtor's Counsel Email: notice@billbusters.com

Debtor 1 Name: Kevin Lee Shelton aka Kevin L Shelton aka Kevin Shelton

Debtor 2 Name

Debtor's Mailing Address: 2109 Mystic Drive, Plainfield, IL 60586

Debtor Email:

/s/ Roderic Fleming